UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL MEANS, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>EVERYDAY HEALTH, INC., DOUG McCORMICK, BEN WOLIN, HABIB KAIROUZ, DAVID GOLDEN, SHARON WIENBAR, MYRTLE POTTER, DANA EVAN, LAIZER KORNWASSER, ZIFF DAVIS, LLC, PROJECT ECHO ACQUISITION CORP., and J2 GLOBAL, INC.,<br><br>          Defendants. | Case No.  1:16-cv-08768-ER<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL**<br><br>CLASS ACTION |

Plaintiff hereby voluntarily dismisses the above captioned action with prejudice pursuant to FRCP 41(a)(1)(A).  This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: December 12, 2016          Respectfully submitted,

**BRODSKY & SMITH, LLC**

By:   */s/ Evan J. Smith*
      Evan J. Smith
      240 Mineola Blvd.
      Mineola, NY 11501
      Tel.: (516) 741-4977
      Fax: (516) 741-0626
      Email: esmith@brodskysmith.com

*Attorneys for Plaintiff Michael Means*